FILED & JUDGMENT ENTERED
Steven T. Salata

October 11 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In re:                              )
                                    )
**PERSON CENTERED PARTNERSHIPS,**   )   Chapter 11
**INC.,**                           )   Case No. 19-31395
                                    )
                    Debtor.         )
_____)

## ORDER TO APPEAR AND SHOW CAUSE

**THIS MATTER** is before the court on a review of its docket. The pro se Debtor commenced this case on October 9, 2019 by filing a petition without paying the filing fee and without filing a matrix (or list) of creditors as required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of the court. Furthermore, this petition was filed on behalf of a corporate entity by an individual who does not appear to be an attorney admitted to practice before this court. North Carolina General Statutes §§ 84-4, 84-9 and 84-10 provide as follows:

> § 84-4. Persons other than members of State Bar prohibited from practicing law.

> § 84-9. Unlawful for anyone except attorney to appear for creditor in insolvency and certain other proceedings.
>
> It shall be unlawful for any corporation, or any firm or other association of persons other than a law firm, or for any individual other than an attorney duly licensed to practice law, to appear for another in any bankruptcy or insolvency proceeding, or in any action or proceeding for or growing out of the appointment of a receiver, or in any matter involving an assignment for the benefit of creditors, or to present or vote any claim of another, whether under an assignment or transfer of such claim or in any other manner, in any of the actions, proceedings or matters hereinabove set out.
>
> § 84-10. Violation of §§ 84-4 or 84-9 is a misdemeanor.
>
> Any individual, corporation, or firm or other association of persons violating any provision of G.S. 84-4 or 84-9 shall be guilty of a Class 1 misdemeanor.

In addition, Local Rule 2090-1(a) provides as follows:

> All partnerships, corporations, trusts, associations, and other business entities that appear in cases or proceedings before this Court, not including § 341 first meetings of creditors, must be represented by a lawyer duly admitted to practice before this Court. For purposes of this Local Rule, an appearance shall be defined as preparing and filing papers, such as complaints and answers, petitions, applications, and motions; questioning witnesses in proceedings before this Court; and pursuing any action in this Court.

Accordingly, the Debtor is hereby **ORDERED** to **APPEAR** and **SHOW CAUSE** why this case should not be dismissed for failure to comply with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of the court. The court will conduct a hearing on this Order to Appear and Show Cause at **9:30 A.M.** on **October 30, 2019** at the Charles R. Jonas

Federal Building, 401 West Trade Street, Courtroom 1-5, Charlotte, North Carolina 28202.

**SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |